**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Newport News Division

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 4:23cr95

**TYRONE LAMONT WALLER,**

    **Defendant.**

## ORDER ACCEPTING PLEA OF GUILTY

    This matter is before the Court for consideration of a Report and Recommendation by the Magistrate Judge recommending that the Court accept the Defendant's plea of guilty to the specified charge(s) in the pending matter pursuant to a plea hearing proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant received notice of the right to file specific objections to the Report and Recommendation; and that no objections have been asserted within the prescribed time period, it is hereby

    **ORDERED** that the Report and Recommendation and findings of the Magistrate Judge are **ADOPTED**, and the Court **ACCEPTS** the Defendant's guilty plea to Counts One and Three of the Indictment. The Court hereby **ADJUDICATES** the Defendant guilty of Counts One and Three of the Indictment. The Court **DIRECTS** the Probation Office to conduct a presentence investigation and prepare a report pursuant to Federal Rule of Criminal Procedure 32.

1

2

**IT IS SO ORDERED.**

                                                        /s/
                                    Arenda L. Wright Allen
                                 United States District Judge

March 12, 2024
Norfolk, Virginia